Elizabeth A. Young, CSR, RPR
Official Court Reporter
P. O. Box 747
Belton, Texas   76513
254 933-5268

July 14, 2015

Mr. Jeffrey D. Kyle
Clerk, Court of Appeals
P. O. Box 12547
Austin, Texas   78711-2547
tel 512 463-1733
fax 512 463-1685


In re:  State vs John Lee Bowman

        COA:  03-15-00263-CR     TC #  73061

Attn:  Chris Knowles

Dear Chris,

I am requesting an extension to complete this reporter's
record by August 15, 2015.


Sincerely,

/s/ Elizabeth A. Young

Elizabeth A. Young

cc:  Kristen Jernigan